UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| ROOT SCIENCES, LLC, | : | |
| | : | |
| Plaintiff-Appellant, | : | |
| | : | Appeal No: 2022-1795 |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant-Appellee. | : | |

# **ORDER**

Upon reading defendant-appellee's consent motion for an enlargement of time to file its brief; upon consideration of other papers and proceedings herein; and upon due deliberation, it is hereby

ORDERED that the motion be, and hereby is, granted and defendant-appellee's time to file its brief is extended for a period of thirty (30) days, through and including March 12, 2023.

FOR THE COURT:

_____

Dated:    Washington, D.C.
          This _____ day of _____, 2023.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____

| | |
|---|---|
| ROOT SCIENCES, LLC, | : |
| | : |
| Plaintiff-Appellant, | : |
| | :   Appeal No: 2022-1795 |
| v. | : |
| | : |
| UNITED STATES, | : |
| | : |
| Defendant-Appellee. | : |
_____ :

**CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Rules 26(b) and 27, Federal Rules of Appellate Procedure, and Rules 26 and 27, Rules of the United States Court of Appeals for the Federal Circuit, defendant-appellee United States (Government) respectfully moves this Court for a thirty (30) day extension of time in which to file its brief. The Government's brief is currently due on February 10, 2023, and a thirty (30) day extension of time would extend this due date to and including March 12, 2023. This is defendant-appellee's fifth request for an extension of time for this purpose.

On February 2, 2023, Richard O'Neill, Esq., of the law firm Neville Peterson LLP, counsel for plaintiff-appellant, advised that plaintiff-appellant consents to the Government's requested extension of time.

Good cause exists for this motion. On October 21, 2022, counsel for plaintiff-appellant submitted an informal proposal to resolve the matter without the need for continued litigation. Since that time the parties have engaged in negotiations and achieved substantial progress. A settlement will resolve this matter and obviate the need for this appeal. Accordingly, the additional thirty days are needed to allow time for the parties to finalize their discussions and to seek authorization to execute the settlement agreement. If necessary, the requested extension will also allow undersigned counsel time for the preparation of the Government's response brief, to obtain the necessary input from U.S. Customs and Border Protection, to obtain the requisite supervisory review, and to finalize our brief for filing with the Court.

For these reasons, defendant-appellee respectfully requests that its consent motion for an extension of time to file its brief be granted.

                              Respectfully submitted,

                              BRIAN M. BOYNTON
                              Principal Deputy Assistant Attorney General

                              PATRICIA M. McCARTHY
                              Director

                              /s/ Aimee Lee
                              AIMEE LEE
                              Assistant Director
                              International Trade Field Office

                              /s/ Guy Eddon
                              GUY EDDON
                              Trial Attorney
                              Department of Justice, Civil Division
                              Commercial Litigation Branch
                              26 Federal Plaza, Room 346
                              New York, New York 10278
                              (212) 264-9232 or 9230
                              *Attorneys for Defendant-Appellee*

Dated: February 3, 2023

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____

| | | |
|---|---|---|
| ROOT SCIENCES, LLC, | : | |
| | : | |
| Plaintiff-Appellant, | : | |
| | : | Appeal No: 2022-1795 |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant-Appellee. | : | |
| _____ | : | |

### **<u>DECLARATION OF COUNSEL</u>**

I, Guy Eddon, hereby declare as follows:

1.   I am an attorney with the International Trade Field Office in the Civil Division of the U.S. Department of Justice in New York, New York. I have been the attorney responsible for this matter since March 2021 and have primary responsibility for the preparation and filing of the Government's brief in this appeal. For the reasons set out below, the Government respectfully requests a thirty (30) day extension of time, to and including March 12, 2023, for the filing of the response brief.

2.   Plaintiff-appellant filed its opening brief in this Court on August 29, 2022. After four prior extensions, the Government's response brief is presently due on or before February 10, 2023.

3.   On October 21, 2022, counsel for plaintiff-appellant submitted an informal settlement offer.

4. Since that time the parties have engaged in negotiations and achieved substantial progress.

5. A settlement will resolve this matter and obviate the need for this appeal.

6. Considering these developments, I respectfully state that good cause exists for extending the deadline for the Government's brief by thirty (30) days, to and including March 12, 2023.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 3, 2023.

                                                /s/ Guy Eddon  
                                                GUY EDDON

## CERTIFICATE OF SERVICE

I hereby certify that, on February 3, 2023, a copy of the foregoing Consent Motion for an Extension of Time and accompanying Declaration in Appeal No. 2022-1795 was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Guy Eddon
GUY EDDON

## CERTIFICATE OF COMPLIANCE PURSUANT TO FRAP 32

I, Guy Eddon, a Trial Attorney in the Office of the Assistant Attorney General, Civil Division, Commercial Litigation Branch, International Trade Field Office, who is responsible for the foregoing brief, relying upon the Microsoft Word count feature of the word processing program used to prepare the brief, certify that this brief complies with the type-volume limitation under Rule 32(g)(1), and contains 266 words.

/s/ Guy Eddon
GUY EDDON