2022-1795

# United States Court of Appeals for the Federal Circuit

**ROOT SCIENCES, LLC,**

Plaintiff-Appellant,

*v.*

**UNITED STATES,**

Defendant-Appellee.

Appeal from the United States Court of International Trade, No. 21-cv-00123, Judge Gary S. Katzmann

### PLAINTIFF-APPELLANT, ROOT SCIENCES, LLC's, CONSENT MOTION TO VOLUNTARILY DISMISS APPEAL

Plaintiff-Appellant, Root Sciences, LLC ("Root Sciences"), in accordance with Rules 42(b)(2) of the Federal Rules of Appellate Procedure and the Rules of Practice of the U.S. Court of Appeals for the Federal Circuit, hereby submits this consent motion to dismiss this appeal with each party to bear its own costs. On March 6, 2023, the parties entered into a settlement agreement in this case, in which Root Sciences agreed to voluntarily dismiss this appeal no. 2022-1795, and U.S.

Customs and Border Protection agreed to release the merchandise at issue to plaintiff. As such, Root Sciences hereby moves to dismiss this case.

On March 6, 2023, in accordance with Federal Rule of Appellate Procedure 42(b), counsel for Root Sciences contacted Guy Eddon, Esq., counsel for the Defendant who consented to the relief requested in this motion. As such, Root Sciences respectfully requests that this Court dismiss this appeal and that each party bear its own costs.

Respectfully submitted,

NEVILLE PETERSON LLP

　/s/ John M. Peterson　
John M. Peterson
Richard F. O'Neill
Patrick B. Klein
NEVILLE PETERSON LLP
55 Broadway Suite 2602
New York, NY 10006
(212) 635-2730
jpeterson@npwny.com

March 7, 2023